

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**  
**District Court Executive**  
Clerk of Court

**LORI LANDIS**  
**Chief Deputy Clerk**

March 9, 2018

**Sent via E-Mail only**

**CLERK, US DISTRICT COURT**
James M. Carter and Judith N. Keep
 US Courthouse
333 West Broadway, Suite 420
San Diego, CA 92101

Re:  Vincent Ramos

Your Case No:  18MJ0973
Our Case No:  MJ18-095

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 3/8/2018, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter via email at Kadya_Peter@wawd.uscourts.gov and should you need anything further, do not hesitate to contact me directly.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By s/Kadya Peter,
Deputy Clerk